No. 567. LYLE *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 7th Cir. Certiorari denied.

*George F. Barrett* for petitioner. *Floyd J. Stuppi, R. S. Outlaw* and *Thomas J. Barnett* for respondents.